IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHNNY R. WOODRUFF, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV182 |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES WEST, KAREN SHORTRIDGE, NICOLE LOCKHART, KIM SCHNITZER, RICK MCNEESE, and OSCAR J. MARTINEZ, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) ) | |

This matter is before the court on filing no. 16, the motion for appointment of counsel filed by the plaintiff. The court cannot routinely appoint counsel in civil cases. In *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996), the Eighth Circuit Court of Appeals explained:

> 'Indigent civil litigants do not have a constitutional or statutory right to appointed counsel.'... The trial court has broad discretion to decide whether both the plaintiff and the court will benefit from the appointment of counsel, taking into account the factual and legal complexity of the case, the presence or absence of conflicting testimony, and the plaintiff's ability to investigate the facts and present his claim.

(Citations omitted.) The plaintiff has capably presented the factual basis for the claims in this proceeding. I find that appointment of counsel is not necessary to enable the plaintiff to pursue those claims. Therefore, the motion for appointed counsel, is denied.

IT IS ORDERED:

    1. That the plaintiff's motion for appointment of counsel (Filing no. 16) is denied;

    2. That the Clerk of Court is directed to send a copy of this Memorandum and Order to the plaintiff at his last known address.

DATED this 1st day of June, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge